# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BUILDING OWNERS AND MANAGERS ASSOCIATION OF PITTSBURGH | : No. 236 WAL 2017 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| CITY OF PITTSBURGH, COUNCIL OF THE CITY OF PITTSBURGH, AND WILLIAM PEDUTO, AND SERVICE EMPLOYEES  INTERNATIONAL UNION LOCAL 32 BJ | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: CITY OF PITTSBURGH, COUNCIL OF THE CITY OF PITTSBURGH, AND WILLIAM PEDUTO | : |
| | : |
| | : |
| | |
| BUILDING OWNERS AND MANAGERS ASSOCIATION OF PITTSBURGH | : No. 237 WAL 2017 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| | : |
| CITY OF PITTSBURGH, COUNCIL OF THE CITY OF PITTSBURGH, AND WILLIAM PEDUTO, AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32 BJ  PETITON OF:  CITY OF PITTSBURGH, COUNCIL OF THE CITY OF PITTSBURGH, AND WILLIAM PEDUTO | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of November, 2017, the Petitions for Allowance of Appeal are **GRANTED**, limited to the issue set forth below. Allocatur is **DENIED** as to all other issues.

The issue, rephrased for clarity, is as follows**:**

Did the Commonwealth Court err in holding that the State Emergency Management Services Code, the State Disease Prevention and Control Act Law, the Second Class City Code, and the Home Rule Charter and Options Law failed to satisfy the "expressly provided by statute" exception, and that the City of Pittsburgh therefore lacked the authority to pass the Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227-230 WAL 2017 and Nos. 236-239 WAL 2017 are hereby **CONSOLIDATED** for briefing and oral argument.